IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover     Date: July 22, 2008
Court Reporter: Paul Zuckerman

Civil Action No. 07-cv-00512-MSK-CBS

*Parties*:     *Counsel Appearing:*

JOYCE SIMPSON, and     James Chalat
BAXTER SIMPSON,     Evan Baker

    Plaintiffs,

v.

DAVID DICKERSON,     Mark Gauthier

    Defendant.

## COURTROOM MINUTES

HEARING:    Final Pretrial Conference.

**4:37 p.m.**    **Court in session.**

Counsel are present as listed above. Plaintiffs are present, defendant is not.

**ORDER:**    Counsel for defendant shall purchase on an expedited basis a transcript of these proceedings and transmit to defendant David Dickerson. The client shall not bear the cost of the transcript.

The Court addresses pending motions (Doc. #34)

Argument by both counsel.

**ORDER:**    Plaintiffs' Motion in Limine to Exclude Evidence of Collateral Source Payments (**Doc. #34**) is **DENIED**.

Review of the proposed final pretrial order - matters addressed:

    Stipulated Facts
    Claims
    Defenses

        Witness List
        Exhibit List
        Anticipated motions
        Trial length, trial process, technology training, evidentiary issues and any questions posed by counsel.

**ORDER:** Pertinent to trial process: Each side will have ten hours for presentation of evidence, including the opening statements and closing arguments.

**ORDER:** Trial is set **November 3, 2008 at 1:00 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Motions in limine will be filed by **September 30, 2008.**

**ORDER:** Proposed *voir dire* and joint proposed jury instructions will be filed by **September 30, 2008.**

The parties do not object to the jurors taking notes.

**5:39 p.m.**     **Court in recess.**

**Total Time:**     1 hour 2 minutes.
**Hearing concluded.**